## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| **Michael Geiger,** | : | |
| Debtor. | : | Case No. 10-10513  (JKF) |
| _____ | : | |
| **American Casein Company,** | : | |
| **American Custom Drying,** | | |
| **William D. Cabot, M.D.,** | : | |
| **Susan Cabot, Adam Shipley Cabot,** | | |
| **Brandon Scott Cabot, and** | : | |
| **Jean Adams,** | | |
| Plaintiffs, | : | |
| v. | : | |
| **Michael Geiger,** | : | |
| Defendant. | : | Adversary No. 10-0228 |
| _____ | | |

# ORDER

This 29th day of September, 2010, for reasons set forth in the Memorandum Opinion, it is hereby ORDERED that:

(1) The Debtor's Motion to Dismiss is **granted**;

(2) The Complaint is **dismissed without prejudice**;

(3) Plaintiffs William D. Cabot, M.D., Susan Cabot, Adam Shipley Cabot, Brandon Scott Cabot, and Jean Adams are hereby **dismissed with prejudice** as Plaintiffs; and

(4) The remaining Plaintiffs shall have until **October 13,**

Document    Page 2 of 2

**2010,** to file an amended complaint consistent with the Memorandum Opinion.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Counsel for Plaintiff American Casein Company**
Emmanuel J. Argentieri, Esquire
Parker McCay
7001 Lincoln Drive West
Marlton, NJ  08053

**Counsel for Plaintiffs American Custom Drying, William D. Cabot, M.D., Susan Cabot, Adam Shipley Cabot, and Brandon Scott Cabot**
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

**Counsel for Plaintiff Jean Adams**
Suzanne Kourlesis, Esquire
Baxter & Kourlesis
Strawbridge Professional Center
212 West Route 38, Suite 360
Moorestown, NJ  08057

**Counsel for Defendant**
Kenneth E. Aaron, Esquire
Weir & Partners LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107

**Defendant**
Michael Geiger
96 Woodhill Rd.
Newtown, PA  18940

**Trustee**
Dexter K. Case, Esquire
Case, Digiamberardino & Lutz, P.C.
845 North Park Road, Suite 101
Wyomissing, PA 19610